

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00125-CV

**SANDERSON FARMS, INC. (PROCESSING DIVISION),**

**Appellant**

 **v.**

**GERALD W. WATSON,**

**Appellee**

### From the 414th District Court
### McLennan County, Texas
### Trial Court No. 2010-3000-5

## ORDER

This appeal was referred to mediation by order dated July 23, 2015. Mediation was ordered to occur within 30 days. We have received an Unopposed Motion to Extend Time for Mandatory Mediation from appellant informing the Court that appellant's attorney would be out of town until August 28, 2015 and that the next available dates for mediation after August 28, 2015 would be October 20, 2015 and October 21, 2015. Appellant's unopposed motion is granted. Accordingly, mediation must occur by October 30, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed August 20, 2015

